732 A.2d 516

### IN THE MATTER OF RAFAEL A. PRADO, AN ATTORNEY AT LAW.

July 19, 1999.

### ORDER

The Disciplinary Review Board on December 22, 1998, having filed with the Court its decision concluding that **RAFAEL A. PRADO** of **JERSEY CITY**, who was admitted to the bar of this State in 1978, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(b) (failure to deliver client funds promptly), and *RPC* 1.15(d) (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required for a period of three years to submit quarterly certified statements by a certified public accoun-

tant that respondent is maintaining his attorney books and records in accordance with *Rule* 1:21-6;

And good cause appearing;

It is ORDERED that **RAFAEL A. PRADO** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 13, 1999; and it is further

ORDERED that for a period three years and until further Order of the Court respondent shall submit to the Office of Attorney Ethics on a schedule to be established by that office quarterly certified statements by a certified public accountant that respondent is maintaining his attorney books and records in accordance with *Rule* 1:21-6; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.